```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/1/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE LEONARDO LOPEZ-VELASQUEZ,
a/k/a "Leo," a/k/a "Mono," a/k/a "Gato,"

Defendant.

21 Cr. 413-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court shall hold an initial conference in this matter on **October 10, 2023**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 1, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge