USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/23/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA

   - against -

JOSE LEONARDO LOPEZ-VELASQUEZ,
    a/k/a "Leo,"
    a/k/a "Mono,"
    a/k/a "Gato,"

             Defendant.

------------------------------------X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No.: S2 21 Cr. 413

Upon the application of the United States of America, by Alexander Li, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of JOSE LEONARDO LOPEZ-VELASQUEZ (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of Colombia.

3. The defendant was paroled into the United States at or near John F. Kennedy Airport, in New York City, New York, on or about July 28, 2023.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the offenses: count one) conspiracy to import five kilograms or more of cocaine into the United States, in violation of 21 U.S.C. §§ 963 and 960(b)(1)(B); and count

two) participating in a conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

5. A maximum sentence of life imprisonment may be imposed for a violation of this offense.

6. The defendant is, and at time of sentencing will be, subject to removal from the United States pursuant to: (1) Section 212(a)(7)(A)(i) of the Immigration and Nationality Act ("INA" or the "Act"), as amended, in that as an alien who is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality if such document is required under the regulations issued by the Attorney General under section 211(a) of the INA; (2) Section 212(a)(2)(A)(i)(II) of the Act, as amended, in that as an alien who has been convicted of, or who admits having committed, or admits committing acts which constitute the essential elements of, a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance; (3) Section 212(a)(2)(C)(i) of the Act, as amended, in that as an alien who the consular officer or the Attorney General knows or has reason to believe is or has been an illicit trafficker in any controlled substance or in any listed chemical, or is or has been a knowing aider, abettor, assister, conspirator, or colluder with others in the illicit trafficking in any such controlled or listed substance or chemical, or endeavored to do so; and (4) Section 212(a)(2)(I)(i) as an alien who a consular officer or the Attorney General knows, or has reason to believe, has engaged, is engaging, or seeks to enter the United States to engage, in an

offense which is described in section 1956 or 1957 of title 18 (relating to laundering of monetary instruments).

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Colombia as the country for removal pursuant to Section 240(d) of the INA, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement following his sentencing, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Colombia.

Dated: New York, New York
June 23, 2025

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE