USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/23/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JOSE LEONARDO LOPEZ-VELASQUEZ,
     a/k/a "Leo,"
     a/k/a "Mono,"
     a/k/a "Gato,"

              Defendant.

**ORDER**

**S2 21 Cr. 413 (AT)**

---

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before a United States Magistrate Judge on October 24, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea; and

WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk if the defendant's guilty plea is publicly disclosed at this time;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

IT IS FURTHER ORDERED that this Order and the Government's application for this Order shall be sealed; and

IT IS FURTHER ORDERED that no docket entries shall be made of this Order or the Government's application for this Order, until further Order by this Court; and

IT IS FURTHER ORDERED that the defendant's sentencing shall be held on

<u>Monday, March 3, 2025</u> at <u>2:00 p.m.</u>

Dated:    New York, New York

<u>October 28, 2024</u>, 2024

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK